IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CORY THOMPSON, on behalf of Plaintiff and the class members described herein,<br><br>     Plaintiff,<br><br>  v.<br><br>STANLEY CHAO; FIRST LOAN; UNKNOWN ACH PROCESSOR; and JOHN DOES 1-10,<br><br>     Defendants. | Case No.: 1:22-cv-01342-TWP-MG<br><br>Judge Tanya Walton Pratt<br>Magistrate Judge Mario Garcia |

### ORDER GRANTING STIPULATION OF DISMISSAL

Before the Court is the parties' Stipulation of Dismissal. The parties have stipulated that Plaintiff's individual claims are to be dismissed with prejudice and the claims of the putative classes are to be dismissed without prejudice, with each party to bear their own costs.

Accordingly, **IT IS HEREBY ORDERED**

1. Plaintiff's individual claims are dismissed with prejudice, with each party to bear their own costs.

2. The claims of the putative classes are dismissed without prejudice, with each party to bear their own costs.

Date: 12/30/2022

                _____
                Hon. Tanya Walton Pratt, Chief Judge
                United States District Court
                Southern District of Indiana

Service of this document will be made electronically
on all ECF-registered counsel of record via email
generated by the Court's CM/ECF system.